# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 15-1219**  **September Term, 2014**

EPA-80FR21302

**Filed On: July 17, 2015** [1563110]

Utility Solid Waste Activities Group, et al.,

    Petitioners

    v.

Environmental Protection Agency,

    Respondent

------------------------------

Consolidated with 15-1221, 15-1222, 15-1223, 15-1227, 15-1228, 15-1229

### O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioner(s) in case No(s). 15-1219, 15-1222, 15-1227, 15-1228 and 15-1229 are directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | August 17, 2015 |
| Statement of Issues to be Raised | August 17, 2015 |

                            **FOR THE COURT:**
                            Mark J. Langer, Clerk

                BY:    /s/
                            Laura M. Chipley
                            Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form