<u>**ORAL ARGUMENT NOT YET SCHEDULED**</u>

**IN THE UNITED STATES COURT OF APPEALS FOR
THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| UTILITY SOLID WASTE ACTIVITIES GROUP, *et al.* )<br>)<br>Petitioners, )<br>v. )<br>)<br>U.S. ENVIRONMENTAL PROTECTION AGENCY, )<br>)<br>Respondent. ) | Nos. 15-1219, et al. (filed on behalf of Petitioners in No. 15-1222) |

<u>**LAFARGE'S PRELIMINARY AND NONBINDING
STATEMENT OF ISSUES**</u>

Pursuant to this Court's July 17, 2015 Order, Petitioners Lafarge North America Inc., Lafarge Midwest, Inc., and Lafarge Building Materials Inc. ("Lafarge") hereby submit the following preliminary and nonbinding statement of issues in their challenge to the "Coal Combustion Residues" (CCR) rule issued by Respondents (the "Rule") under review in these consolidated cases:

1. Whether the Rule's definition of "Beneficial use of CCR" set forth in 40 C.F.R. §257.53 (at 80 Fed. Reg. 21469) – particularly condition #4 of such

definition – was issued without notice and opportunity for public comment in violation of the federal Administrative Procedure Act (APA) and well-settled principles of federal administrative rulemaking.

    2.  Whether the "demonstration" requirement in condition #4 referenced in Issue 1 above is authorized by statute, arbitrary and capricious, and/or issued without notice and comment.

    3.  Whether the 12,400-ton trigger level in condition #4 referenced in Issue 1 above is authorized by statute, arbitrary and capricious, and/or issued without notice and comment.

    4.  Whether the 12,400-ton trigger level in condition #4 referenced in Issue 1 above has any basis in the record when credible evidence was presented to Respondents on April 1, 2015 showing significant calculation errors that would result in the 12,400-ton level being much higher, and Respondent has to this day offered no public response whatever to such evidence.

    5.  Whether Respondents' position – as articulated in the Rule's preamble at 80 Fed. Reg. 21356 – that condition #4 referenced in Issue 1 above applies to CCR's being stored on land for beneficial use as an ingredient in the portland cement process is authorized by statute, arbitrary and capricious, and/or issued without notice and comment.

6. Whether the Rule or Respondent's actions in issuing the Rule are otherwise unlawful.

Lafarge retains the right to raise any additional issue at the time briefs are filed in these consolidated cases.

Dated: August 10, 2015

                                Respectfully submitted,

                                /s/ Richard G. Stoll
                                _____
                                Richard G. Stoll
                                Lori A. Rubin
                                Foley & Lardner LLP
                                3000 K Street, N.W. #600
                                Washington, DC  2007-5109
                                202-295-4021
                                rstoll@foley.com

                                Brian H. Potts
                                Foley & Lardner LLP
                                150 East Gilman Street #5000
                                Madison, WI  53703-1482
                                608-258-4772
                                bpotts@foley.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was on this 10th day of August 2015, served electronically through the Court's CM/ECF system on all registered counsel.

                                                    /s/ Richard G. Stoll