UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UTILITY SOLID WASTE ACTIVITIES, et al., <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Respondent. | Docket No. 15-1219 <br> (consolidated) |

### BENEFICIAL REUSE MANAGEMENT'S STATEMENT OF ISSUES TO BE RAISED AND CERTIFICATE AS TO PARTIES, RULINGS AND RELATED CASES

Pursuant to this Court's Order of July 17, 2015, Beneficial Reuse Management ("Petitioner") submits the following statement of issues with respect to Respondent's – the U.S. Environmental Protection Agency ("EPA") – final rule under the Resource Conservation and Recovery Act ("RCRA" or the "Act") published at 80 Fed. Reg. 21302 (April 17, 2015) (to be codified at 40 C.F.R. §§ 257 and 261) entitled "Hazardous and Solid Waste Management System; Disposal of Coal Combustion Residuals from Electric Utilities."

I.  Statement of Issues to be Raised by Beneficial Reuse Management

   A.  Whether EPA's requirement, under subparagraph 4 of the definition of "Beneficial use of CCR" in 40 C.F.R. § 257.53, that when

unencapsulated use of CCR involves placement on the land of *12,400 tons* or more in non-roadway applications, the user must document and demonstrate that environmental releases are comparable or lower than those from analogous non-CCR products, or that environmental releases are at or below regulatory and health-based benchmarks, is arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law, including:

1. Whether EPA's arrival at a 12,400 ton threshold, based upon its reliance on clear and critical data entry mistakes, was arbitrary, capricious, an abuse of discretion or otherwise not in accordance with the law.

2. Whether EPA's failure to provide notice and the opportunity for public comment on the above requirement, pursuant to 5 U.S.C. § 553, is arbitrary, capricious, an abuse of discretion or otherwise not in accordance with law.

While Petitioner has used its best effort to identify all of the issues which it intends to raise on appeal, Petitioner reserves the right to raise additional issues in its brief if further review of the record indicates that this is warranted.

II. Certificate as to Parties, Rulings and Related Cases

A. Parties and Amici: Case No. 15-1221 includes the following parties: Petitioner, Beneficial Reuse Management, and respondent, EPA. Case No. 15-1221, by Order of this Court, has been consolidated with a number of cases in consolidated Case No. 15-1219. The following

parties are also included in the consolidated case: Utility Solid Waste Activities Group; Edison Electric Institute; National Rural Electric Cooperative Association; American Public Power Association; Lafarge North America; Associated Electric Cooperative, Inc.; City of Springfield, Missouri through the Board of Public Utilities; Clean Water Action; Environmental Integrity Project; Hoosier Environmental Council; PennEnvironment; Prairie Rivers Network; Sierra Club; Tennessee Clean Water Network; Waterkeeper Alliance; AES Puerto Rico.

B. Rulings Under Review: Petitioner seeks review of elements of the final rule of the EPA under RCRA published at 80 Fed. Reg. 21302 (April 17, 2015) (to be codified at 40 C.F.R. §§ 257 and 261) entitled "Hazardous and Solid Waste Management System; Disposal of Coal Combustion Residuals from Electric Utilities."

C. Related Cases: This case was not previously before this Court or any other court. The following six related cases are pending before this Court: *Utility Solid Waste Activities v. Environmental Protection Agency*, 15-1219; *Lafarge North America, Inc., et al. v. Environmental Protection Agency*, 15-1222; *Associated Electric*

3

*Cooperative, Inc. v. Environmental Protection Agency*, 15-1223; *City of Springfield, Missouri, through the Board of Public Utilities v. Environmental Protection Agency*, 15-1227; *Clean Water Action, et al. v. Environmental Protection Agency*, 15-1228; *AES Puerto Rico, LP v. Environmental Protection Agency*, 15-1229. Petitioner understands that each of these cases seeks review of the same final rule, or portions thereof, challenged in this case. By Order issued July 17, 2015, this Court consolidated this case and these six cases under the lead docket No. 15-1219, *Utility Solid Waste Activities, et al. v. Environmental Protection Agency*.

D. Other Attachments: The Docketing Statement by Petitioner is attached.

Dated: August 14, 2015

Respectfully submitted,

BENEFICIAL REUSE
MANAGEMENT

By: /s/ Joshua R. More
JOSHUA R. MORE
STEPHEN J. BONEBRAKE
RAGHAV MURALI
Schiff Hardin LLP
233 South Wacker Drive
Suite 6600
Chicago, Illinois 60606

4

# CERTIFICATE OF SERVICE

On this 14th day of August, I served a copy of the foregoing Statement of Issues to be Raised and Certificate as to Parties, Rulings and Related Cases upon all parties by electronic service via the CM/ECF system. The document was filed electronically, generating a Notice of Electronic Filing.

_____
Joshua R. More