<u>**ORAL ARGUMENT NOT YET SCHEDULED**</u>

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| UTILITY SOLID WASTE ACTIVITIES GROUP, *et al.* <br><br> *Petitioners*, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, <br><br> *Respondent*. | No. 15-1219 (consolidated with Nos. 15-1221, 15-1222, 15-1223, 15-1227, 15-1228, 15-1229) |

**CONSERVATION ORGANIZATION PETITIONERS'
NON-BINDING STATEMENT OF ISSUES**

Pursuant to this Court's Order of July 17, 2015, Petitioners in Case No. 15-1228, Clean Water Action, Environmental Integrity Project, Hoosier Environmental Council, PennEnvironment, Prairie Rivers Network, Sierra Club, Tennessee Clean Water Network, and Waterkeeper Alliance (collectively "Conservation Organizations"), hereby submit the following non-binding Statement of Issues to be raised:

1.  Section 4004 of the Resource Conservation and Recovery Act generally requires the Environmental Protection Agency ("EPA") to promulgate regulations containing criteria for determining which facilities shall be classified as sanitary

landfills, and therefore are not "open dumps."  At a minimum, the criteria are to ensure that units are classified as sanitary landfills "only if there is no reasonable probability of adverse effects on health or the environment from disposal of solid waste at such facility."  42 U.S.C. § 6944(a).

    (a)    Did EPA unlawfully or arbitrarily define existing lined impoundments to include those impoundments that have only the lower of the two liners in a composite liner system (i.e., two feet of compacted soil)?

    (b)    Did EPA unlawfully or arbitrarily exempt inactive impoundments at inactive facilities from regulation?

    (c)    Did EPA unlawfully or arbitrarily omit boron from the assessment monitoring list of contaminants that triggers the corrective action requirements?

DATED:   August 17, 2015            Respectfully submitted,

/s/ Mary Whittle
Mary Whittle
Earthjustice
1617 JFK Blvd., Suite 1675
Philadelphia, PA 19103
(215) 717-4524
mwhittle@earthjustice.org

Matthew Gerhart
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
(206) 343-7340
mgerhart@earthjustice.org

Lisa Evans
Earthjustice
21 Ocean Ave.
Marblehead, MA 01945
(781) 631-4119
levans@earthjustice.org

*Counsel for Clean Water Action, Environmental Integrity Project, Hoosier Environmental Council, PennEnvironment, Prairie Rivers Network, Sierra Club, Tennessee Clean Water Network, and Waterkeeper Alliance*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August, 2015, I have served the foregoing Conservation Organization Petitioners' Non-binding Statement of Issues on all registered counsel through the court's electronic filing system (ECF).

/s/ Mary Whittle
Mary Whittle
